# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Suite 2900, 600 Grant Street · Pittsburgh, PA 15219
(412) 803-1140 · Fax (412) 803-1188

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

Direct Dial: 412-803-1144
Email: sgdunlop@mdwcg.com

November 4, 2015

Marcia M. Waldron, Clerk of Court
United States Court of Appeals for the Third Circuit
601 Market Street
Room 21400
Philadelphia, PA 19106

**RE:  Matthew Conte v. Jose Rios, et al.**
**U.S. Court of Appeals for the Third Circuit Nos.: 15-3360 & 15-3361**
**USDC for the W.D. of Pa., No. 3:14-cv-00225**
**Our File No. 20684.00174**

Dear Ms. Waldron:

Please be advised that Middlesex Township, Defendant-Appelle in both Nos. 15-3360 and 15-3361, will not be participating in these appeals. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Scott G. Dunlop

SGD:mw

LEGAL/102482378.v1